**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT DAYTON**

Case No. 1:24-cv-00553

GS HOLISTIC, LLC,

Plaintiff,

vs.

Mit Ved LLC, et al.,

Defendants.
_______________________________________/

**FINAL JUDGMENT**

The Court has before it the Plaintiff, GS HOLISTIC, LLC's Motion for Default Judgment against Defendants, Mit Ved LLC and Mit Patel. Having considered the Plaintiff's Motion and all documents and evidence attached thereto, and the Court being fully advised, and good cause shown:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Judgment be entered in favor of the Plaintiff on all claims, and the Defendants are liable to the Plaintiff in the amount of $250,611.60 (comprising statutory damages of $250,00.00 and costs of $611.60), for which let execution issue.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Defendant, its agents, employees, officers, directors, owners, representatives, successor companies, related companies, and all persons acting in concern or participation with it are permanently restrained and enjoined from infringing upon the G Pen Marks directly or contributorily, in any manner, including but not limited to:

(a) Import, export, making, manufacture, reproduction, assembly, use, acquisition, purchase, offer, sale, transfer, brokerage, consignment, distribution, storage, shipment, licensing, development, display, delivery, marketing advertising or promotion of the counterfeit G Pen product identified in the complaint and any other unauthorized G Pen product, meaning products bearing the G Pen trademarks (registration numbers 4,466,586, 5,368,594 5,264,988, 5,405,361, and 5,264,986), counterfeits, copies or colorful imitations thereof.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that pursuant to 15 U.S.C. §1118, the Defendants, at their cost, deliver to the Plaintiff for destruction all products, accessories, labels, signs, prints, packages, wrappers, receptacles, advertisements, and other material in their possession, custody or control bearing any of the G Pen Marks (registration numbers 44,466,586, 5,368,594 5,264,988, 5,405,361, and 5,264,986).

IT IS FURTHER ORDERED that this court retains jurisdiction over any matter pertaining to this judgment.

IT IS SO ORDERED.

DATED: 11-3-26

Walter H. Rice
United States District Court Judge